202 

## Donald H. Fry, Appellee, v. Edgar J. Butterfield and Gail Scott, Appellants.

Gen. No. 9,753. 

 Heard in this court at February term, 1942; opinion filed April 8, 1942. B. Jay Knight and Frederick H. Haye, for appellants; Frank E. Maynard and Robert Canfield, for appellee; Robert Canfield, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''

## W. L. Sherlock, Executor of Estate of Cornelius Mc-Grath, Deceased, Appellant, v. Louise McGrath, Appellee.

Gen. No. 9,756. 

 Heard in this court at February term, 1942; opinion filed April 8, 1942. J. L. Brearton, for appellant; Hale & Skemp and Charles E. Stuart, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''